NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZHEJIANG LAYO WOOD INDUSTRY CO., LTD.,**
*Plaintiff-Appellee,*

AND

**FINE FURNITURE (SHANGHAI) LIMITED,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

v.

**THE COALITION FOR AMERICAN HARDWOOD PARITY,**
*Defendant-Appellant.*

---

2014-1565

---

Appeal from the United States Court of International Trade in No. 1:12-cv-00013-DCP, Judge Donald C. Pogue.

---

**ON MOTION**

---

### O R D E R

The Coalition for American Hardwood Parity ("the Coalition") moves for a 14-day extension of time, until September 8, 2014, to file its principal brief. The United States and Fine Furniture (Shanghai) Limited consent to the motion. The Coalition states that Zhejiang Layo Wood Industry Co., Ltd. ("Zhejiang") opposes.

The court notes that Zhejiang filed a motion for summary affirmance on August 5, 2014. Pursuant to Federal Circuit Rule 31(c), the briefing schedule is stayed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21